Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 21−14419−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Wanda Potter
    306 Seneca Trl
    Browns Mills, NJ 08015−6320

Social Security No.:
    xxx−xx−2019

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           8/4/21  
Time:           10:00 AM  
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 1, 2021  
JAN: wdr

                                                  Jeanne Naughton  
                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Wanda Potter  
    Debtor

Case No. 21-14419-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jun 01, 2021      Form ID: 132      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wanda Potter, 306 Seneca Trl, Browns Mills, NJ 08015-6320 |
| 519223554 | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519223560 | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519223561 | Lvnv Funding LLC, Greenville, SC 29601 |
| 519223566 | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 519223569 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2021 22:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2021 22:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519223553 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 01 2021 23:02:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519223555 | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jun 01 2021 22:57:31 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519223556 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 01 2021 22:56:49 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519223558 | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2021 22:56:56 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519223559 | Email/PDF: creditonebknotifications@resurgent.com | Jun 01 2021 23:00:11 | Creditonebnk, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519223557 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 01 2021 23:00:01 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519223562 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2021 23:02:35 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519223563 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 01 2021 22:56:31 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519223564 | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2021 22:44:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519223565 | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2021 22:44:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519223567 | Email/PDF: cbp@onemainfinancial.com | Jun 01 2021 22:59:46 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 519223568 | Email/PDF: cbp@onemainfinancial.com | Jun 01 2021 22:56:28 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |

| 519226768 | + Email/PDF: gecsedi@recoverycorp.com | Jun 01 2021 23:02:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 03, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Travis J. Richards | on behalf of Debtor Wanda Potter richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3