Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 21−14419−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda Potter
   306 Seneca Trl
   Browns Mills, NJ 08015−6320

Social Security No.:
   xxx−xx−2019

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 9, 2021.

Dated: August 9, 2021
JAN: rms

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-14419-CMG
Wanda Potter     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Aug 09, 2021     Form ID: plncf13     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wanda Potter, 306 Seneca Trl, Browns Mills, NJ 08015-6320 |
| 519223554 | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519223560 | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519223561 | Lvnv Funding LLC, Greenville, SC 29601 |
| 519223566 | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 519263958 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519223569 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519223553 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 09 2021 20:21:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519223555 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Aug 09 2021 20:20:54 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519228461 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 09 2021 20:20:47 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519232715 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 09 2021 20:21:01 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519243518 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 09 2021 20:38:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519223556 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 09 2021 20:20:46 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519223558 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2021 20:20:54 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519223559 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 09 2021 20:20:48 | Creditonebnk, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519223557 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 09 2021 20:20:52 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519232713 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 09 2021 20:20:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519240658 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2021 20:20:47 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519223562 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 09 2021 20:20:53 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519223563 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 09 2021 20:20:47 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519223564 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2021 20:17:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519223565 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2021 20:17:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519223567 | | Email/PDF: cbp@onemainfinancial.com | Aug 09 2021 20:20:52 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 519223568 | | Email/PDF: cbp@onemainfinancial.com | Aug 09 2021 20:21:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 519259097 | | Email/Text: bnc-quantum@quantum3group.com | Aug 09 2021 20:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519226768 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2021 20:20:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519268375 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 09 2021 20:38:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Travis J. Richards | on behalf of Debtor Wanda Potter richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Aug 09, 2021 | Form ID: plncf13 | Total Noticed: 29
TOTAL: 4