| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-14419 / CMG**

Wanda Potter

Petition Filed Date: 05/27/2021
341 Hearing Date: 06/24/2021
Confirmation Date: 08/04/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2021 | $600.00 | | 07/13/2021 | $600.00 | | 08/12/2021 | $600.00 | |
| 09/14/2021 | $600.00 | | 10/13/2021 | $600.00 | | 11/15/2021 | $600.00 | |
| 12/14/2021 | $600.00 | | 01/12/2022 | $600.00 | | | | |

**Total Receipts for the Period:  $4,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Wanda Potter | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | TRAVIS J RICHARDS ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,650.00 | $2,650.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $10,605.11 | $0.00 | $10,605.11 |
| 2 | LVNV FUNDING LLC<br>»»  COMENITY/MY PLACE REWARDS | Unsecured Creditors | $674.01 | $0.00 | $674.01 |
| 3 | CAPITAL ONE AUTO FINANCE<br>»»  2016 KIA OPTIMA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK | Unsecured Creditors | $978.22 | $0.00 | $978.22 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,134.36 | $0.00 | $1,134.36 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»»  CELTIC BANK/INDIGO MC | Unsecured Creditors | $299.61 | $0.00 | $299.61 |
| 7 | NewRez LLC<br>»»  P/306 SENECA TRL/1ST MTG | Mortgage Arrears | $27,227.52 | $1,205.60 | $26,021.92 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $67.08 | $0.00 | $67.08 |

**Chapter 13 Case No. 21-14419 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,800.00 | Plan Balance: | $28,800.00 ** |
| Paid to Claims: | $3,855.60 | Current Monthly Payment: | $600.00 |
| Paid to Trustee: | $394.80 | Arrearages: | $600.00 |
| Funds on Hand: | $549.60 | Total Plan Base: | $33,600.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.