**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE: <u>WANDA POTTER</u>                                           CASE NO.:21-14419

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association</u><br>Name of Transferee | <u>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston, TX 77042

Phone:
Last Four Digits of Acct #: <u>2203</u>

Court Claim # (if known): <u>7-1</u>
Amount of Claim: <u>$218,545.17</u>
Date Claim Filed: <u>7/16/2021</u>

Phone: <u>800-365-7107</u>
Last Four Digits of Acct #: <u>6835</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Shauna Deluca</u>                                           Date: <u>February 15, 2022</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE: <u>**WANDA POTTER**</u>　　　　　　　　　　　　　　　　　　　**CASE NO.:21-14419**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2022, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States

Mail to the following parties:

WANDA POTTER
306 SENECA TRL
BROWNS MILLS, NJ 08015-6320

And via electronic mail to:

TRAVIS J. RICHARDS
WEISHOFF & RICHARDS, LLC
141 HIGH STREET
MOUNT HOLLY, NJ 08060

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Aaron Elwood