UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RAS Citron, LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association

In Re:

Wanda Potter

Debtor

Case No.: 21-14419-CMG

Adversary No.: _____

Chapter: 13

Judge: Christine M. Gravelle

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association
(Example: John Smith, creditor)

Old address:    Selene Finance, LP
Attn: BK Dept.
9990 Richmond Ave. Suite 400 South
Houston, TX 77042

New address:    (Notices) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

(Payments) Selene Finance, LP
Attn: BK Dept.
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   _06/20/2022_____          __/s/Aleisha C Jennings_____
                                                                    Signature

*rev.2/1/16*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 22, 2022</u>, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Wanda Potter**
306 Seneca Trl
Browns Mills, NJ 08015-6320

And via electronic mail to:

**Travis J. Richards**
Weishoff & Richards, LLC
141 High Street
Mount Holly, NJ 08060

**Albert Russo**
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102


By: /s/ Laura Stewart

*rev.2/1/16*