| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION<br>Aleisha Jennings (049302015) | CASE NO.: 21-14419-CMG<br><br>CHAPTER 13<br><br>HEARING DATE: November 16, 2022 @ 9:00AM<br><br>JUDGE: Christine M. Gravelle |
| **In Re:**<br>**Wanda Potter**<br>      **Debtor.** | |

## RESPONSE TO DEBTOR'S MOTION TO REINSTATE STAY AS TO CREDITOR, U.S. BANK TRUST, NA

**COMES NOW**, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION ("Secured Creditor"), by and through undersigned counsel, hereby files its Response to Debtor's Motion To Reinstate Stay as to Creditor, U.S. Bank Trust, NA and, in support thereof, states as follows:

1. Secured Creditor holds a mortgage on the property located at 306 Seneca Trail, Browns Mills, NJ 08015 ("Property").
2. On May 27, 2021, Debtor filed a Voluntary Chapter 13 Bankruptcy Petition.
3. On June 3, 2022, Secured Creditor filed a Motion for Relief from Stay at Docket Entry #29 as Debtor was delinquent on post-petition payments and was due for the September 2021 through May 2022 payments for a total due of $10,900.44.
4. Debtor did not file opposition to Secured Creditor's Motion for Relief from Stay and stay relief was consequently granted on July 7, 2022 at Docket Entry #31.

5. On October 20, 2022, Debtor filed a Motion to Reinstate Stay as to Creditor, U.S. Bank Trust, NA at Docket Entry #34 providing for the post-petition default to be added to the Plan.

6. As of November 14, 2022, Debtor currently owes Secured Creditor post-petition arrears in the sum of $14,264.66, encompassing payments due from December 1 2021 through November 1, 2022.

7. According to Debtor's filed Schedules, Debtor does not have sufficient disposable income to roll the significant default into the plan. Debtor's statement that they would work extra hours to support increased plan payments is arbitrary and is not guaranteed income. According to the Fannie Mae guidelines, since overtime is not necessarily a guarantee, and it is not part of salary or hourly wage, overtime pay cannot be used or calculated as income unless it can be evidenced as consistent on a 12 month basis.

8. As such, the stay as to Secured Creditor should therefore not be reinstated as to do so would cause a great injustice to Secured Creditor and would serve to prevent Secured Creditor from excising it legal and equitable remedies against the subject property.

9. Secured Creditor reserves the right to amend and or supplement this response prior to the hearing.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order denying Debtor's Motion to Reinstate the Automatic Stay as to Secured Creditor and all further relief this Court deems just and proper.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
By: /s/ *Aleisha C Jennings*
Aleisha C. Jennings
NJ Bar Number: 049302015
Email: ajennings@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION<br><u>Aleisha Jennings (049302015)</u> | CASE NO.: 21-14419-CMG<br><br>CHAPTER 13<br><br>HEARING DATE: November 16, 2022 @ 9:00AM<br><br>JUDGE: Christine M. Gravelle |
| **In Re:**<br>**Wanda Potter**<br>         **Debtor.** | |

CERTIFICATION OF SERVICE AND PROOF OF MAILING

I, Aleisha C Jennings, Esq.:

■ represent the movant in the above-captioned matter.

On <u>November 15, 2022</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Response to Debtor's Motion To Reinstate Stay as to Creditor, U.S. Bank Trust, NA

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: November 15, 2022        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                130 Clinton Road, Suite 202
                                Fairfield, NJ 07004
                                Telephone Number 973-575-0707
                                By: <u>/s/ *Aleisha C Jennings*</u>
                                Aleisha C. Jennings
                                NJ Bar Number: 049302015
                                Email: ajennings@raslg.com

* May account for service by fax or other means as authorized by the court through the issuance

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Travis J. Richards<br>Weishoff & Richards, LLC<br>141 High Street<br>Mount Holly, NJ 08060 | Debtor(s) Attorney | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>  (as authorized by court*) |
| Wanda Potter<br>306 Seneca Trl<br>Browns Mills, NJ 08015-6320 | Debtor(s) | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>  (as authorized by court*) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>  (as authorized by court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | □ Hand Delivered<br>■ Regular Mail<br>□ Certified Mail/RR<br>□ E-Mail<br>■ Notice of Electronic Filing (NEF)<br>□ Other _____<br>  (as authorized by court*) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.