UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on December 21, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Wanda Potter

| | |
|---|---|
| Case No.: | 21-14419-CMG |
| Hearing Date: | 12/21/22 |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
To Reinstate Stay as to Creditor, U.S. Bank Trust, NA

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 21, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

A motion or application having been filed on _____October 20_____, 20 _22_ by Travis J. Richards on behalf of the debtor_____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*