Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 21−14419−CMG
> Chapter: 13
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wanda Potter
   306 Seneca Trl
   Browns Mills, NJ 08015−6320

Social Security No.:
   xxx−xx−2019

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 21, 2022
JAN: dmi

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 21-14419-CMG

Wanda Potter     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3

Date Rcvd: Dec 21, 2022     Form ID: 148     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wanda Potter, 306 Seneca Trl, Browns Mills, NJ 08015-6320 |
| 519223554 | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519223560 | Jpmcb Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519223561 | Lvnv Funding LLC, Greenville, SC 29601 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 21 2022 20:47:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 519223553 | | EDI: CAPITALONE.COM | Dec 22 2022 01:44:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519223555 | | EDI: CAPONEAUTO.COM | Dec 22 2022 01:44:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519228461 | + | EDI: AISACG.COM | Dec 22 2022 01:44:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519232715 | + | EDI: AISACG.COM | Dec 22 2022 01:44:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519243518 | + | EDI: AIS.COM | Dec 22 2022 01:49:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519223556 | | EDI: CAPITALONE.COM | Dec 22 2022 01:44:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 519223558 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2022 20:57:37 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519223559 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2022 20:57:22 | Creditonebnk, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519223557 | | EDI: JPMORGANCHASE | Dec 22 2022 01:44:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 519232713 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 20:57:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519240658 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2022 20:57:21 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 21-14419-CMG    Doc 39    Filed 12/23/22    Entered 12/24/22 00:15:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519223562 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2022 20:57:19 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519223563 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 21 2022 20:57:21 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519223564 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 20:48:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 519223565 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 20:48:00 | Midland Funding, 320 E Big Beaver Rd, Troy, MI 48083-1238 |
| 519223566 | | Email/Text: mtgbk@shellpointmtg.com | Dec 21 2022 20:47:00 | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 519263958 | | Email/Text: mtgbk@shellpointmtg.com | Dec 21 2022 20:47:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 519223567 | | EDI: AGFINANCE.COM | Dec 22 2022 01:44:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 519223568 | | EDI: AGFINANCE.COM | Dec 22 2022 01:44:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 519259097 | | EDI: Q3G.COM | Dec 22 2022 01:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519223569 | | Email/Text: mtgbk@shellpointmtg.com | Dec 21 2022 20:47:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 519226768 | + | EDI: RMSC.COM | Dec 22 2022 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519507865 | + | Email/Text: bkteam@selenefinance.com | Dec 21 2022 20:47:00 | U.S. Bank Trust National Association, Selene Finance, LP, 3501 Olympus Blvd Ste 500, Dallas, TX 75019-6295 |
| 519268375 | + | EDI: AIS.COM | Dec 22 2022 01:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519507866 | *+ | U.S. Bank Trust National Association, Selene Finance, LP, 3501 Olympus Blvd Ste 500, Dallas, TX 75019-6295 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association hkaplan@rasnj.com kimwilson@raslg.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank Trust National Association sdeluca@hasbanilight.com hllawpc@gmail.com |
| Travis J. Richards | on behalf of Debtor Wanda Potter richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8